748

amount which may be found due and payable to the respondent in the event the order appealed from is affirmed or modified by the court, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960. If the foregoing conditions are not complied with the motion is denied and an order may be entered, ex parte, vacating the stay. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the General Assignment for the Benefit of Creditors of VOGUE PLEATING & EMBROIDERY Co., INC., to ABRAHAM H. GEFFNER.— Motion for leave to dispense with printing denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRIEDA DROTZER, as Administratrix of the Estate of ARTHUR X. YAMNER, Deceased, et al. v. EUGENE M. GRANT et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 15, 1960, with notice of argument for the March 1960 Term of this court, in accordance with the stipulation of the parties dated November 2, 1959. If the foregoing condition is not complied with an order may be entered by the respondents, without further notice, dismissing the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GENERAL DISTRIBUTORS, INC. v. ABRAHAM GERSHOFF.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ BERTHA T. AINE v. LEON GOLDBERG et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of DERKYLIDAS P. KOPITOPOULOS PARTNERSHIP TRADING COMPANY against LOUIS HERSHEY.— Motion to dismiss appeal granted on default, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CECILY I. HAMMER v. PAUL D. HAMMER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant serves and files her appellant's points on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CECILY I. HAMMER v. PAUL D. HAMMER.— Motion for an order vacating the order of this court, entered October 8, 1959, denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between 477 MADISON AVENUE, INC., and JACOB M. SIMON.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

(November 18, 1959)

■ DAVID L. SHINDLER v. EDMUND F. LAMB et al.— Motion for extension of time to answer denied, without costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.